July 7, 2010

RECEIVED & FILED

'10  JUL -9  AO :36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

To Whom It May Concern:

RE: Objection to Discharge of the Debtor in Case #10-15880-mkn

Larry and Sharyl Lee are listed as creditors for case #10-15880-mkn. I followed up on the case after Rod Kershaw, the debtor, did not appear for the second time at the creditors' meeting on June 18, 2010.. A new creditors' hearing date has been set for July 30,2010, which is after the July 13th deadline for filing any objections on our part. I previously sent a letter dated May 21,2010 indicating some of our objections.   I determined that Rod Kershaw did not submit his second credit counseling class within the required 45 day period as required

 We brought proof of fraud and embezzlement by the creditor Rod Kershaw to the creditors' hearings on May 14th and again on June 18th. I am sending the enclosed documents to the court for proof of our claims that Rod Kershaw has perpetrated fraud and embezzlement against us.  We object to having any funds owed to us discharged for this man.

We have a detective's report indicating that Rod Kershaw has many, many different addresses he uses in his dealings in Las Vegas as well as many different social security numbers.  We definitely wanted to confront him in court and still do, but we are meeting all deadlines for filing objections. I called the help line on July 7th to determine any fees necessary, but I was informed that there are no fees due in this instance.

I am enclosing some e-mails that were received from Rod Kershaw.  Please note that he inquires on February 19th about the availability of our house as he has two different renters interested. He had already signed a two-month lease with Peter and Ann D'Ambra signed and dated January 26,2009. The D'Ambras submitted payments in two different checks to Timeless Travelers (which seems to be one and the same as Las Vegas Vacation Home Rentals) and one to Mirage Services as they were requested to do.  If you look at the paperwork we received, both Timeless Travelers and Las Vegas Vacation Home Rentals are intertwined.  We were never informed of this contract or received any of the money from it.  Rod Kershaw seems to have embezzled this money.

Rod Kershaw also promised to deposit money in our account for past rents due in an e-mail dated April 15th. I am enclosing our bank account statement that shows no such deposit was made.

It is hard to determine how many other rental agreements were made with no reimbursement to us, as Rod Kershaw would no longer answer any of our inquiries or calls to him.  He then filed for bankruptcy the day before our debtor judgment hearing on April 6th, 2010.in small claims court in Henderson, Nevada . After research, I found out that this debt is not dischargeable due to manner in which it was obtained.

We did garnishee the bank account of Barbara Karlan, one of the listed partners. This was put on hold by the constable's office because Rod Kershaw's name appeared on the account using Barbara Karlan (now Prendergast)'s social security number. Rod Kershaw's lawyer sent this information to us. It has been difficult to determine where Rod Kershaw banks because we have no way of knowing what social security number he has put on any account. I think the number he is using on the bankruptcy papers may be that of his dead brother, Richard. I know the address we received from the lawyer is incorrect as I am enclosing a picture of the address.

I have kept records of all our dealings with Rod Kershaw and sent you the ones pertinent to his claim of bankruptcy. I sent addresses and vacation listings he put.
Was this income listed on his bankruptcy court filings or on his income tax forms? These are just two of the many questions I wanted to address to Rod Kershaw and present to the court and/or hearing officer, Mr. James Lisowski.

I am posting this letter and information backing up our charges on July 7th, 2010.

Thank you very much.

Larry Lee

Sharyl Lee



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
300 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101

OFFICIAL BUSINESS

Return letter, paid, postage or
Forwarding service
5.21 - 5.24-10

Ms. Sharyl Lee
17022 Mountain Ct.
Riverside, CA 92503-6575

Ms. Sharyl Lee
17022 Mountain Ct.
Riverside, CA 92503-6575

9250336575

SN BERNARDINO CA 923

21 MAY 2010 PM 5

U.S. Bankruptcy Court
300 Las Vegas Blvd, South
Las Vegas, NV
89101

Att: James F. Lisowski, Sr
Case # 10-15880    89101455433

May 21, 2010

To:  James F. Lisowski, Sr.,

From: Larry and Sharyl Lee

Re:  Bankruptcy Case # 10-15880

The case has been rescheduled from May 14, 2010 to June 18, 2010 upon the request of Rod Kershaw. Since we know there is an outstanding bench warrant out for Mr. Rod E. Kershaw, my husband and I wanted to locate him at his listed address on the bankruptcy papers filed with the court. Once again, the information on the bankruptcy papers led us to a post office box company. I am enclosing a picture of the building Rod Kershaw has indicated as his current address.

My husband and I attended the meeting on May 14th as creditors listed on this case. We were very interested in seeing if Rod Kershaw would be able to produce his tax forms and what social security number he used on the IRS documents. We had hired a private detective agency to locate Mr. Rod Kershaw and the final report led us to the fact that he has used numerous social security numbers. We think the number listed on the case may be that of his deceased brother, Richard Kershaw, but we are unable to verify that assumption.

I have filed with the social security administration giving that office a list of social security numbers used by Rod Kershaw in business dealings in the past. I have tried unsuccessfully to file a police report regarding the money he embezzled from us. Today I will be requesting the attorney general's office to do investigations on the issue of fraud and embezzlement.

We wanted to give you evidence that the court papers have a fraudulent address and possible a fraudulent social security number as well.

Larry and Sharyl Lee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**LAS VEGAS: 300 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89101**
**(702) 388-6257**
**RENO: 300 BOOTH ST., RENO, NV 89509**
**(775) 784-5559**

## Mail Deficiency Form

The enclosed document was found deficient for the following items. Unless otherwise noted your document has been accepted for filing. To avoid returned documents in the future, please comply with these items and all local rules.

☐ The case name does not correspond to any case on file in this court, therefore, your Proof of Claim or document cannot be filed and is returned to you. Check any notices you may have received to determine whether the case is pending in this court or in another court, or under another name. Forward the Proof of Claim or document to the appropriate court.

☐ Your letter does not establish a proper Proof of Claim. We have temporarily accepted your letter as proof, subject to correction. Please complete and return the enclosed (blank) Proof of Claim form to this court with a self-addressed stamped envelope for your return copy. (CH7, CH 11, and CH 13 submit original + 1). If you did not receive a blank Proof of Claim form you may obtain it from our website at www.nvb.uscourts.gov.

☐ The Proof of Claim or document ☐ is not signed ☐ is not originally signed by the claimant. Photocopied or faxed signatures are not acceptable. Please sign and return the enclosed copy of your Proof of Claim or document to this court.

☐ Documents and exhibits presented for filing shall be on 8½ x 11 paper. Legal size documents must be reduced to standard size for filing. (Local Rule 9004).

☐ An original and 1 copy is required on all orders or documents to be signed by the Judge.

☐ The attached pleading has been filed. You are reminded that this matter will not be placed on calendar nor considered by the court until you have filed a Notice of Hearing/Motion and a Certificate of Mailing with the court.

In Las Vegas, you may obtain a hearing date and time from the clerk's office by calling (702) 388-6705.
In Reno, you may obtain a hearing date and time from the clerk's office by calling (775) 784-5074.

☐ You did not provide enough copies to get a copy back. Our website provides copy and fee requirements and can be found at www.nvb.uscourts.gov

☐ The court charges a fee of $26 per search and 50¢ per copy.

☐ Your correspondence was sent to our office by mistake. We are returning it to you.

☐ Other: _Please contact James Liscowski, for mailing address_

If you have any questions regarding these items, please consult the local rules of practice for the
District of Nevada @ www.nvb.uscourts.gov

Initials _____



# Timeless Travelers LLP.
## (Vacation Home Solutions)
2595 Chandler #1 Las Vegas Nevada 89120
Phone: 702.361.7474 Fax: 702.548.8077

## RENTAL AGREEMENT

This agreement dated 10-06-08 is between  Larry and Sheryl  Lee hereinafter referred to as Lessor, and Timeless Travelers. This agreement will terminate on 12-01-09.

1.  Timeless Travelers will fairly market the home located at  2637  Persing  Cir.  Henderson Nevada  89074

2.  Lessor reserves the right to refuse any reservation taken by Timeless Travelers. However, once the reservation is accepted, Lessor cannot cancel a reservation without written permission by Timeless Travelers. Exceptions being an act of God, fire, or damage from a previous Tenant making the property inhabitable.

3.  Lessor agrees that all clients placed by Timeless Travelers shall remain the sole property of Timeless Travelers. Any re booking of clients shall remain the sole proprietary right of Timeless Travelers.  Any of Timeless Travelers clients booked by Lessor will result in a payment of 40% of the total rental fee. Fees will be paid to Timeless Travelers.

4.  No advertising or place cards shall be placed in or on property while occupied by Timeless Travelers clients.

5.  Lessor agrees to provide full access to Timeless Travelers 24 hours prior to and 48 hours following any rental to inspect for damages and or clean property. While occupied by Timeless Travelers client, Timeless Travelers shall have access to property for emergency etc.

6.  Timeless Travelers shall be responsible for maid service following a client stay. Lessor may clean there own home and receive a payment of $0.00

7.  Any furnishings placed by Timeless Travelers such as hot tubs, beds etc. remain the property of Timeless Travelers, unless purchased by homeowner.

8.  Timeless Travelers will remit a payment of 65% of Rental Fees.

9.  Timeless Travelers will maintain none. Homeowner will pay none every four weeks.

10. Lessor to pay $10.00 paper and soap fee per Tenant stay.

11. Rental Fees collected will be paid by the 15th of the following month

12. Rental fees will be sent to _____
    Contact Phone Number 951-204-3299.

13. If the homeowner cancels this agreement, Timeless Travelers has the right to finish all reservations previously accepted.

By. _____      By_____

TIMELESS TRAVELERS                          LESSOR

Larry and Sharyl Lee
17622 Mountain Ct.
Riverside, CA 92503


April 2, 2009


Las Vegas Vacation Home Solutions
Timeless Travelers, LLP
2595 Chandler #1
Las Vegas, NV 89120


Dear Rod,

On October 6, 2008 we signed an agreement for you to rent our home located at 2637 Pershing Cir, Henderson, NV. As your customer, we've been continuously frustrated by lack of communication, late or no payment, and unapproved costs associated with the property. On a number of occasions we've attempted to contact you via phone or email and have received no answer or response. Based on your poor business practices and breach of contract we are cancelling the RENTAL AGREEMENT with Timeless Travelers and seeking collection of all outstanding funds.

The RENTAL AGREEMENT dated 10-6-2008 explicitly states in item 11:

11. Rental Fees collected will be paid by the 15th of the following month.

On each occasion the property has been rented Item 11 has been violated. The property was rented for a portion of February and money has still not been received as of today.

Item 9 of the agreement states:

9. Timeless Travelers will maintain none. Homeowner bill pay none every four weeks.

There is no provision in the agreement that states that Timeless Travelers has the right to purchase, replace, or charge Lessor any fees or replacement costs without specific written approval. On a home owner disbursement dated 11-08 you deducted fees for

agreement specifically states in Item #9 "...Nevertheless travelers will maintain none". We've requested receipts for these items and you've produced none. Similar deductions were made on a disbursement on 12-08.

Based on these facts, we hereby demand immediate payment of all outstanding rental fees. Total fees include:

| | Dates | Rent | Lessor % | | Total |
|---|---|---|---|---|---|
| Feb-09 owed as of e-mail | 3 | $ 485.00 | % owe to owner | $ | 485.00 |
| Mar-09- April 09 | 61 | $ .00 | 65% | | $ 3340 |
| Plus unapproved deductions | | | | | |
| Nov-08 | Fees | $ 120.00 | | $ | 120.00 |
| | Door lock and damage to door | $ 315.00 | | $ | 315.00 |
| Dec-08 | Fees | $ 120.00 | | $ | 120.00 |
| | Toilet | $ 215.00 | | $ | 215.00 |
| Total Owed to Larry and Sharyl Lee | | | | $ | 4494.50 |

If we are not in receipt of $4494.50 within 10 days of the date of this letter we will pursue legal remedies by filing an action with the Las Vegas Township Justice Court.

Sincerely,

*Sharyl Lee*

Larry Lee
Sharyl Lee

# Las Vegas Vacation Home Solutions
# (Timeless Travelers)
### 2595 Chandler #1
### Las Vegas, NV 89120
### 702-361-7474

## Home Owner Disbursement:

**Date: 11-08**

**Property Owner: lee**      **Property Location: 2637**

| Arrival: | Depart: | Total Nights: | Total Rent: |
|---|---|---|---|
| 11-02 | 11-04 | 2 | $400.00 |
| 11-14 | 11-16 | 2 | $400.00 |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

### (Monthly Maintenance Fees)

**Pool/Spa:$**                **Landscape:$**
**Parts:$**

**Labor:$**

**patio table  $215.00 door lock**          **Supplies:$120.00 pool table,BBQ,**

**Total Rent:$520.00**
**Pool Heat:$**
**Spa Heat:$**
**Total Maintenance Fees:$325.00**
**Total Due Homeowner:$195.00**   ↖ Sent $195.00

**Thank You,**
**Las Vegas Vacation Home Solutions**

# Las Vegas Vacation Home Solutions
## (Timeless Travelers)
### 2595 Chandler #1
### Las Vegas, NV 89120
### 702-361-7474

## Home Owner Disbursement:

Date: 12-08

Property Owner: lee      Property Location: 2637

Arrival: 12-31  Depart: 01-02Total Nights: 2Total Rent:$500.00

| Arrival: | Depart: | Total Nights: | Total Rent:$ |
|----------|---------|---------------|--------------|
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |

### (Monthly Maintenance Fees)

Pool/Spa:$                Landscape:$
Parts:$
        Labor:$                     Supplies:$120.00 pool table BBQ, patio
table $215.00 toilet

Total Rent:$325.00
Pool Heat:$
Spa Heat:$
Total Maintenance Fees:$335.00
Total Due Homeowner:$-10.00

Thank You,
Las Vegas Vacation Home Solutions

*- It cost us $10.50 - Can you believe it*

*Pg 5*

# Las Vegas Vacation Home Solutions
# (Timeless Travelers)
### 2595 Chandler #1
### Las Vegas, NV 89120
### 702-361-7474

## Home Owner Disbursement:

**Date: 02-09**

**Property Owner: Lee**      **Property Location: 2637**

| | | | |
|---|---|---|---|
| Arrival: 02-19 | Depart: 02-21 | Total Nights: | Total Rent:$400.00 |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |
| Arrival: | Depart: | Total Nights: | Total Rent:$ |

### (Monthly Maintenance Fees)

**Pool/Spa:$**                  **Landscape:$**                    **Parts:$**

   **Labor:$**              **Supplies:$100.00 pool table**

**Total Rent:$260.00**
**Pool Heat:$**
**Spa Heat:$**
**Total Maintenance Fees:$100.00**
**Total Due Homeowner:$160.00**

**Thank You,**
**Las Vegas Vacation Home Solutions**
**(702) 361-7474 Local**

# Las Vegas Vacation Home Solutions
# (Timeless Travelers)
### 2595 Chandler #1
### Las Vegas, NV 89120
### 702-361-7474

## Home Owner Disbursement:

**Date: 02-09**

*Enclosed in some envelope as our invoice probably unintentionally*

**Property Owner: bravo**        **Property Location: 8433**

**Arrival: 02-11  Depart: 02-17Total Nights: 6Total Rent:$750.00**

| Arrival: | Depart: | Total Nights: | Total Rent:$ |
|----------|---------|---------------|--------------|
| **Arrival:** | **Depart:** | **Total Nights:** | **Total Rent:$** |
| **Arrival:** | **Depart:** | **Total Nights:** | **Total Rent:$** |
| **Arrival:** | **Depart:** | **Total Nights:** | **Total Rent:$** |
| **Arrival:** | **Depart:** | **Total Nights:** | **Total Rent:$** |

## (Monthly Maintenance Fees)

**Pool/Spa:$**                **Landscape:$**
**Parts:$**
        **Labor:$**                    **Supplies:$10.00**

**Total Rent:$585.00**
**Pool Heat:$**
**Spa Heat:$**
**Total Maintenance Fees:$10.00**
**Total Due Homeowner:$575.00**

**Thank You,**
**Las Vegas Vacation Home Solutions**
**(702) 361-7474 Local**

**From:** Rod @ Vacation Home Solutions
**To:** lslee@earthlink.net
**Date:** 2/17/2009 4:04:40 PM
**Subject:** Re: letter regarding 2637 Pershing Circle.

your wine glasses are on the bar,
Rod
On Feb 16, 2009, at 10:05 AM, sharyl lee wrote:

Rod:  Here is a copy of a signed letter we left at the house over the weekend.  The ding in the wall is not yet repaired (by the pool table).  We would also like to have the code for the key pad as we are using the property on February 27th until March3rd.  Thanks. S

February 14, 2009

To Rod:

We want all extra beds removed from our property.  No extra beds are to be placed in the home without our prior approval.

We need to have a copy of all rental agreements made by you with renters, indicating the length of stay and the amount of the total charges by your company,

At the current time, we have purchased the front door key pad ($215 includes $65 labor charge), the patio furniture ($100 total fee), and the barbeque ($100 including tank) from you.  The remaining $40.00 is paid toward the pool table.  We will need to have the receipts for the toilet replacement, the key pad invoice, and a paid in full receipt for both the patio furniture and the barbecue.  We were unaware of most of these charges until after they had occurred.  We do not want any more surprises!

We do not want any items placed in the home without our approval in writing to you.  We are still waiting to hear from you regarding the missing wine glasses that we reported in January.

No major repairs are to be done without our approval.  We do have insurance to cover such things as the water damage you stated occurred.  We need to have the dates for that damage.

Larry G. Lee

Sharyl J. Lee

sharyl lee

EarthLink Revolves Around You.

**From:** Rod @ Vacation Home Solutions
**To:** lslee@earthlink.net
**Date:** 2/19/2009 12:00:12 PM
**Subject:** Re: letter regarding 2637 Pershing Circle.

Hello,
I would like to confirm dates you have the property renter.
I have two interested parties.

arrival 02-26-09
depart 02-28-09

arrival 03-01-09
depart 03-22-09
please confirm if available,
thanks,
Rod
On Feb 16, 2009, at 10:05 AM, sharyl lee wrote:

> Rod:  Here is a copy of a signed letter we left at the house over the weekend.  The ding in
> the wall is not yet repaired (by the pool table).  We would also like to have the code for the
> key pad as we are using the property on February 27th until March3rd.  Thanks. S
>
> February 14, 2009
>
>
> To Rod:
>
> We want all extra beds removed from our property.  No extra beds are to be placed in the
> home without our prior approval.
>
> We need to have a copy of all rental agreements made by you with renters, indicating the
> length of stay and the amount of the total charges by your company,
>
> At the current time, we have purchased the front door key pad ($215 includes $65 labor
> charge), the patio furniture ($100 total fee), and the barbeque ($100 including tank) from
> you.  The remaining $40.00 is paid toward the pool table.  We will need to have the
> receipts for the toilet replacement, the key pad invoice, and a paid in full receipt for both
> the patio furniture and the barbecue.  We were unaware of most of these charges until after
> they had occurred.  We do not want any more surprises!
>
> We do not want any items placed in the home without our approval in writing to you.  We
> are still waiting to hear from you regarding the missing wine glasses that we reported in
> January.
>
> No major repairs are to be done without our approval.  We do have insurance to cover such
> things as the water damage you stated occurred.  We need to have the dates for that damage.

file://C:\Documents and Settings\Sharyl Lee\Local Settings\Temp\ACA3216B-36C9-4E1C...  2/28/2009

**From:**    Rod @ Vacation Home Solutions
**To:**    islee@earthlink.net
**Date:**    4/15/2009 1:51:24 PM
**Subject:** Re: April

Hello,
Your payment of $485.00 paid to your bank today.
conformation number  KBDB1622

THANKS,
On Apr 2, 2009, at 4:14 PM, sharyl lee wrote:

Rod,

We have a change of plans and will not be at the house on April 14 and 15th as we had planned, so the house will be available to any other parties who wish to rent. Also let us know what we can expect to receive on April 15th for the month of March rents. Are you planning to direct deposit the money at that time? Keep us informed.

Sharyl

—— Original Message ——
**From:**
**To:**
**Sent:** 4/2/2009 1:51:01 PM
**Subject:** Re: money concern

THEY WENT TO HOME NV250 BECAUSE IT HAS A (HOT TUB) SPA.
Rod
On Apr 2, 2009, at 1:02 PM, sharyl lee wrote:

Rod,

You stated in an e-mail that you rented the property from 2-26 to 2-28. Where is that money?

Sharyl

—— Original Message ——
**From:**
**To:**
**Sent:** 4/2/2009 12:56:52 PM
**Subject:** Re: money concern

Here is February.
Thanks,
Rod

*pc 16*

and try to finish this part of the issues for settlement. ( not fun )

I did go on monday to the bank.

i can stop payment on any bank check, now they require 90 before any re issue, and a $25.00 STOP PAYMENT.

IF YOU DO NOT RECEIVE THE CHECK BY THE END OF THE WEEK, Monday I will stop payment.

In the future we will not have the issue with the mail service,

for i have your banking information and we will do a direct deposit to your bank, MUCH BETTER...

Thanks,

Rod

On Apr 1, 2009, at 8:48 PM, sharyl lee wrote:

> Rod,
>
> We have been trying to reach you without any success.  We still have not received any money from you  According to the paperwork we signed with you, checks were to be sent out on the fifteenth.  It is now the 1st of April.  Call us regarding this matter since our bank did not receive the deposit you stated you would make on Monday.  When do you intend to go to the bank.?  We need to hear from you PDQ as this has been very upsetting to us.
>
> sharyl lee
>
> \

*Pg 17*

**U.S. bank.**
*Five Star Service Guaranteed*

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4553       TRN                    X    ST01

**Uni-Statement**
Account Numb

Statement Peri
Mar. 19, 20
throu
Apr. 17, 20

Page 1 o

000059460 1 AT 0.346 106481152299661 P
LARRY G LEE
SHARYL J LEE
2657 WINDMILL PKWY # 165
HENDERSON  NV 89074-3384

☎       **To Contact U.S. Ba**

**By Phone:**           1-800-US BAN
                        (1-800-872-26

**Telecommunications Device
for the Deaf:**         1-800-685-5(

**Internet:**           usbank.c

## NEWS FOR YOU

Still receiving your federal benefit payments by mail? Sign up for safer, easier direct deposit by calling (800) 333-1795 or online at www.GoDirect.org.

## SILVER ELITE CHECKING

Account Number  1-537-5232-8556                                                    *Member F*
U.S. Bank National Association

**Account Summary**

| | | |
|---|---:|---|
| Beginning Balance on  Mar. 19 | $       11,452.69 | Number of Days in Statement Period |
| Deposits / Credits | 5,235.92 | |
| Card Withdrawals | 404.00- | |
| Other Withdrawals | 2,866.07- | |
| Checks Paid | 40.69- | |
| **Ending Balance on  Apr. 17, 2009** | $       13,377.85 | |

**U.S. Bank**
# Checking
That **Pays**

**Reward Program Summary**

All Rewards shown are as of Apr. 17, 2009

| Cash Bonus Visa® Check Card | | Check Card Number: *2614 | | | |
|---|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | | Rewards Redeemed Program to Date | Current Rewards Balance | Rewar Availabl to Redee |
| 06/25/2008 | $       0.00 | | $       0.00 | $       0.00 | $   0.0 |

| Cash Bonus Visa® Check Card | | Check Card Number: *5371 | | | |
|---|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | | Rewards Redeemed Program to Date | Current Rewards Balance | Rewar Availabl to Redee |
| 06/23/2008 | $       0.00 | | $       0.00 | $       0.00 | $   0.0 |

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amo |
|---|---|---|---|---|---:|
| Mar. 25 | Social Security Deposit REF=09079003486110 N | From US TREASURY 303 SOC SEC  3031036030 8982A S | | $ | 1,666. |
| Apr.  1 | Electronic Deposit REF=09089004135826 N | From ST TCHRS RET SYS RET BENFT 9555553698 | | | 3,569. |
| | | **Total Deposits / Credits** | | $ | 5,235. |



*PG 18*

**Uni-Statemer**
**Account Numbe**

Statement Peric
Mar. 19, 20(
throug
Apr. 17, 20(

Page 2 o



## SILVER ELITE CHECKING (CONTINUE
Account Number 1-537-5232-8556

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amou |
|------|---------------------------|---|-----------|------|
| Card Number xxxx-xxxx-xxxx- 2614 | | | | |
| Apr. 6 | ATM Withdrawal | 11154 HIGHWAY 76 PALA CA | $ | 404. |
| | | Serial No. 146256062805PLUSTERM | | |
| | | Card 2614 Withdrawals Subtotal | $ | 404. |
| | | Total Card Withdrawals | $ | 404. |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amo |
|------|---------------------------|---|-----------|-----|
| Mar. 23 | Electronic Withdrawal | From SOUTHWEST GAS | $ | 31 |
| | REF=09079003236288 N | APP    4880085720 | | |
| Mar. 26 | Electronic Withdrawal | To CITI-CLICK 2 PAY | | 83 |
| | REF=09084012216265 N | CITICTP PAYMENT  122918261051396 | | |
| Mar. 30 | Electronic Withdrawal | From NEVADA POWER PRO | | 33 |
| | REF=09089001238679 N | NPC PYMT 1880045330 | | |
| Apr. 1 | Electronic Withdrawal | To SO CAL EDISON CO | | 52 |
| | REF=09090013481296 N | 4951240335BILL PAYMT143830495 | | |
| Apr. 3 | Electronic Withdrawal | From GREEN VALLEY PEC | | 78 |
| | REF=09093008874130 Y | Assoc Pmt 1880268899 | | |
| Apr. 6 | Electronic Withdrawal | From HSBC MTGE (USA) | | 1,381 |
| | REF=09093007571557 N | MTG PAYMNT1112968980 | | |
| Apr. 7 | Electronic Withdrawal | From COX COMM LAS | | 66 |
| | REF=09096013264669 N | BANKDRAFT1582406705 | | |
| Apr. 8 | Electronic Withdrawal | From LAKE HILLS MAINT | | 69 |
| | REF=09097010106975 Y | ACH ITEMS 1330244764 | | |
| Apr. 13 | Electronic Withdrawal | To THE GAS COMPANY | | 15 |
| | REF=09103005585921 N | 8882052494PAID SCGC 1219231765 | | |
| Apr. 13 | Electronic Withdrawal | From W MUNICIPAL WATE | | 53 |
| | REF=09103005019888 N | Western Mu2334114404 | | |
| Apr. 17 | Customer Withdrawal | | 7532562587 | 1,000 |
| | | Total Other Withdrawals | $ | 2,866 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amou |
|-------|------|-----------|--------|-------|------|-----------|------|
| 1218 | Mar. 19 | 8997644234 | 8.78 | 1219 | Apr. 7 | 8991053665 | 31.! |
| | | | | Conventional Checks Paid ( 2 ) | | $ | 4( |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar. 19 | 11,443.91 | Mar. 30 | 12,961.75 | Apr. 7 | 14,516.90 |
| Mar. 23 | 11,412.34 | Apr. 1 | 16,478.95 | Apr. 8 | 14,447.00 |
| Mar. 25 | 13,078.34 | Apr. 3 | 16,400.95 | Apr. 13 | 14,377.85 |
| Mar. 26 | 12,994.77 | Apr. 6 | 14,615.04 | Apr. 17 | 13,377.85 |

Balances only appear for days reflecting change.

LARRY G LEE
SHARYL J LEE
HENDERSON  NV 89074-3384

# LEASE AGREEMENT
## Timeless Travelers
### 2595 Chandler Ave. #1
### LAS VEGAS, NV.  89120
### Phone: 702-361-7474
### Fax: 702-548-8077

**Name: Peter D'Ambra**                    **Date: 09-24-09**

**Address: 96 waterman ave.**

**City: johnston State:R.I. Zip:02919**

**Phone:  401-339-7359**                    **Fax:**

**Email: mrpete1257@yahoo.com**

**Arrival date:03-01-09**          **Departure date: 04-30-09  total 61 nights**

---

You have leased the property located at 2637 Pershing Henderson 89074 NV. This property consists of 4  bedrooms and 3 bathrooms and will accommodate no more than10  people. The property will be clean upon commencement of tenancy; however, the lease does not include maid service. Maid service may be purchased as an additional service at the rate of $150.00. The total Lease amount is $8239.80 All required costs and fees which may be due are included. Your deposit in the amount of $3261.67 was received on or before 02-03-09     to secure the lease. The balance of the lease amount, $8461.67  is due no later than  03-20-09. All deposits are non-refundable if cancelled within 30 days of arrival date. Any cancellations 31 days or more before arrival date, landlord will retain 100% of deposit, to be credited towards any future reservations.

The landlord and tenant agree that should the premises be destroyed by fire or other casualty so as to become unfit for human habitation that these presents shall thereby be ended, with refund to the tenant for any rent term unused.

If any home should become unavailable, Landlord will make available another home of the same quality and amenities. No refund will be given for change in homes unless a home of equal or grater value is not available at the time.

All additional services are billed separately. You, Peter D'Ambra          authorize Timeless Travelers to charge your credit card the applicable amount(s) for any additional services rendered during the tenancy period. You promise to pay such total together with any other charges due on this transaction subject to and in accordance with the agreement governing the use of the card. You also certify that you agree to all the conditions and regulations set by Timeless Travelers.
Liability Release

Timeless Travelers  shall be held harmless from damage to property, loss or theft of personal property or personal injury damage occurring to any guest or tenant, whether disclosed or not disclosed to Timeless Travelers, while said tenant or guest is utilizing any service provided by Timeless Travelers.

Remedy Disclosure

In the event of any breach from this agreement or any dispute hereunder, all parties, their heirs and assigns consent to the jurisdiction of the state of Nevada. Should any disputes arise by and between.

Sign: _Peter A. D'Ambra_          Date: _1/26/09_

Pg1

The parties to this agreement, their heirs or assigns, the prevailing party shall be entitled to its actual attorney's fee in relation thereto.

**Security Deposit**

If required a deposit in the amount of $1000.00 is payable at the time final payment is made(Cashiers Check or Money Order) and will be returned by the landlord within two weeks after lease expiration less any amount deducted for damage.

**Utilities**

The Landlord will provide water, gas, electric, trash removal, cable, and internet.

**Pool Heating**

The hot tub and swimming pool is not to be heated without being paid for and or without permission from Timeless Travelers. Any guest found to have heated the swimming pool or hot tub without payment or permission will be assessed a minimum fee of $500.00 to a maximum fee of $3000.00

**Non- Smoking**

All properties are non-smoking. Any tenant found in violation will be charged an additional fee of $500.00

**Pets**

The tenant agrees that no Animals, Birds or Pets of any descriptions shall be kept in or upon the property.

**Damages**

The tenant will be responsible for all damage or breakage and/or loss to the property, except normal wear and tear. The tenant will leave the premises in the same general and good habitable condition.

**Inspection**

The tenant agrees to allow the landlord to enter and view the premises, both inside and outside:

    A)  To inspect the premises.
    B)  To make repairs thereto:
    C)  To show the same to a prospective Tenant.

**Dangerous Materials**

Landlord or tenant shall not keep or have on the premises any article or thing of a dangerous, flammable, or explosive character that might substantially increase the danger of fire on the premises, or that might be considered hazardous materials.

**Furnishings**
The landlord agrees to supply fixtures and household furnishings

**Use of Property**
The landlord and tenant state the rental of this property is for a vacation, recreational, or corporate purpose.

Sign: _____     Date: __1/2 (/09_____

Pg2

Check in is 3 p.m. Check out is 10:30 am
In the event that the tenant does not vacate by 10:30 a.m. upon completion of his/her tenancy, additional charges may apply, $50.00/ per hour.

**Property Rules:**

Our properties are located within communities that maintain a secluded, tranquil environment for their residents. Anyone who wishes to disturb that environment by throwing loud parties should consider a more appropriate venue for such activities. Tenants shall not place or permit to be placed any signs or other attachments on the home's rental property, building or common areas.

**Parking:**

Tenants must park vehicles in the designated parking spaces, driveways, or garages, where applicable.

**Damage Assessment**

By entering into this lease agreement, you hereby authorize Timeless Travelers to assess charges to your credit card for theft, excessive cleaning, or damages beyond normal wear or tear. In the event that theft or damage occurs or excessive cleaning is required, an accounting and invoice will be sent within 10 days.

I Promise to pay such total together with any other charges due to this transaction subject to and in accordance with the agreement governing the use of this card. I, N/A, authorize Timeless Travelers to charge my credit card the above stated amounts and all applicable amounts. I also certify that all ordered services are non-cancelable and full payment will be collected upon.

All forms must be faxed into our office within (1) one day to hold your reservation.

This Agreement supersedes all previous agreements.

As per our telephone conversation on 1/26/09 rent shall be calculated at $2500.⁰⁰ per calendar month, regardless of the number of days in the month.

Print Name: _Peter A. D'Ambra_

Signature: _____    Date: _1/26/05_

Pg3

# Credit Card Authorization Form

**Timeless Travelers**
2595 Chandler Ave. #1
Las Vegas NV 89120
Phone: 702-361-7474
Phone: 702-478-5651
Fax:   702-548-8077

---

Name: Peter  D'Ambra                                      Date:01-24-09
Billing Address: 96 waterman Ave.
City: johnston        State: R. I.      Zip Code: 02919
Phone Number: 401-232-2123  c. 401-339-7359
Email: mrpete1257@yahoo.com                              Fax:

Credit Card Number:                CVV:
Expiration Date:              ☐MasterCard  ☐Visa  ☐Amex  ☐Discover
Billing Zip Code:

Date of Arrival: 03-01-09          Date of Departure: 04-30-09   total 61 nights
Home Rented:2637
Total Rent: $5083.33
Pool & Spa Heating: $n/a
Spa Heating: $n/a
Cleaning Fee: $150.00
Processing Fee: $0.00
Room Fee: $0.00
Security Deposit: $0.00
Total Balance Due: $5233.33
Deposit Amount: $2616.67
Date Collected:on or before 02-03-09
Balance due: $2616.67
Date Due:on or before 03-20-09
Utilities Cap: $300.00   Initials: _____

I Peter D'Ambra  authorize Timeless Travelers to charge my credit card for the amounts stated
above for the rental of a Vacation Home.  I also agree that the balance of $2616.67 is due on 03.20.09.
Your credit card will only be charged if utilities excede $300.00 per 30 days or if any days excede
move out date April 30, 2009.Inital rents are not paid by credit card.

Please include a copy of your Photo ID.

All deposits are non-refundable if cancelled within 30 days of arrival date. Any cancellations 31 days
or more before arrival date, landlord will retain 100% of deposit, to be credited towards any future
reservations.

All charges will appear as Timeless Travelers on your credit card statement.

All forms must be faxed into our office within (2) two days to hold your reservation.

Signature: _____ Date: _____

Pg. 23

August 17, 2009

To Whom It May Concern:

I, Peter D'Ambra, entered into an agreement with Timeless Travelers, LLP to rent the property located at 2637 Pershing Circle in Henderson, Nevada. I provided Larry and Sharyl Lee with an exact copy of the signed lease. The two checks, number 2002 and 2025 for a total of $5150, were sent to pay the rental agreement in full. I was instructed by Rod Kershaw to send one check to Timeless Travelers and the second check to Mirage Services. All paperwork with my signature or that of my wife, Ann D'Ambra, has been reviewed by me and is genuine.

8/17/09

SUBSCRIBED AND SWORN TO BEFORE ME
This ___ day of _August_ , 200?
By ERIC MARTINELLI
NOTARY PUBLIC - STATE OF NEVADA
My Appt. Exp. April 13, 2011

ERIC MARTINELLI
NOTARY PUBLIC
STATE OF NEVADA
CLARK COUNTY
APPT. No. 07-2470-1
MY APPT. EXP. APRIL 13, 2011

PETER A. D'AMBRA    5/96
ANN S. D'AMBRA
96 WATERMAN AVENUE
JOHNSTON, RI 02919

2025

57-168/115
110

Date 3/20/09

Pay to the
Order of _Mirage Services_

$ 2575 00

_Twenty-five hundred seventyfive_ Dollars

**BANKRI**
BANK RHODE ISLAND

For _____

_Ann S. D'Ambra_

⑈011501682⑈    101005437⑈ 2025    ⑈0000257500⑈

P025

Deposit Only

CREDITED TO THE ACCOUNT OF
THE WITH-IN NAMED PAYEE
BANK OF AMERICA, N.A.

PETER A. D'AMBRA   5/88
ANN S. D'AMBRA
98 WATERMAN AVENUE
JOHNSTON, RI 02919

2002

67-168/115
110

Date 1/27/09

Pay to the Order of  Timeless Travelers                                  $ 2,575.00

Twenty five hundred, seventy-five *00/xx    Dollars

**BANKRI**
BANK RHODE ISLAND

For _____

Ann S. D'Ambra

⑆011501682⑆    10100543 7⑈ 2002

PG 24

Deposit only

600/6036

TELLER # 101
FOR DEPOSIT ONLY
CLARK COUNTY C.U. DIT UNION

JAN 3 0 2009

BR-11 / TELLER #101

# LEASE AGREEMENT
## Timeless Travelers
### 2595 Chandler Ave. #1
### LAS VEGAS, NV.  89120
### Phone: 702-361-7474
### Fax: 702-548-8077

**Name: Peter D'Ambra**                                    **Date: 09-24-09**

**Address: 96 waterman ave.**

**City: johnston State:R.I. Zip:02919**

**Phone:  401-339-7359**                              **Fax:**

**Email: mrpete1257@yahoo.com**

**Arrival date:03-01-09**                      **Departure date: 04-30-09  total 61 nights**

---

You have leased the property located at 2637 Pershing Henderson 89074 NV. This property consists of 4  bedrooms and 3 bathrooms and will accommodate no more than10  people. The property will be clean upon commencement of tenancy; however, the lease does not include maid service. Maid service may be purchased as an additional service at the rate of $150.00. The total Lease amount is $3239.95. All required costs and fees which may be due are included. Your deposit in the amount of $3616.67 was received on or before 02-03-09       to secure the lease. The balance of the lease amount, $3616.67  is due no later than  03-20-09. All deposits are non-refundable if cancelled within 30 days of arrival date. Any cancellations 31 days or more before arrival date, landlord will retain 100% of deposit, to be credited towards any future reservations.

The landlord and tenant agree that should the premises be destroyed by fire or other casualty so as to become unfit for human habitation that these presents shall thereby be ended, with refund to the tenant for any rent term unused.

If any home should become unavailable, Landlord will make available another home of the same quality and amenities. No refund will be given for change in homes unless a home of equal or grater value is not available at the time.

All additional services are billed separately. You, Peter D'Ambra        authorize Timeless Travelers to charge your credit card the applicable amount(s) for any additional services rendered during the tenancy period. You promise to pay such total together with any other charges due on this transaction subject to and in accordance with the agreement governing the use of the card. You also certify that you agree to all the conditions and regulations set by Timeless Travelers.
Liability Release

Timeless Travelers  shall be held harmless from damage to property, loss or theft of personal property or personal injury damage occurring to any guest or tenant, whether disclosed or not disclosed to Timeless Travelers, while said tenant or guest is utilizing any service provided by Timeless Travelers.

Remedy Disclosure

In the event of any breach from this agreement or any dispute hereunder, all parties, their heirs and assigns consent to the jurisdiction of the state of Nevada. Should any disputes arise by and between.

Sign: _____    Date: _1/26/09_

Pg1

The parties to this agreement, their heirs or assigns, the prevailing party shall be entitled to its actual attorney's fee in relation thereto.

**Security Deposit**

If required a deposit in the amount of $1000.00 is payable at the time final payment is made(Cashiers Check or Money Order) and will be returned by the landlord within two weeks after lease expiration less any amount deducted for damage.

**Utilities**

The Landlord will provide water, gas, electric, trash removal, cable, and internet.

**Pool Heating**

The hot tub and swimming pool is not to be heated without being paid for and or without permission from Timeless Travelers. Any guest found to have heated the swimming pool or hot tub without payment or permission will be assessed a minimum fee of $500.00 to a maximum fee of $3000.00

**Non- Smoking**

All properties are non-smoking. Any tenant found in violation will be charged an additional fee of $500.00

**Pets**

The tenant agrees that no Animals, Birds or Pets of any descriptions shall be kept in or upon the property.

**Damages**

The tenant will be responsible for all damage or breakage and/or loss to the property, except normal wear and tear. The tenant will leave the premises in the same general and good habitable condition.

**Inspection**

The tenant agrees to allow the landlord to enter and view the premises, both inside and outside:

    A)  To inspect the premises.
    B)  To make repairs thereto:
    C)  To show the same to a prospective Tenant.

**Dangerous Materials**

Landlord or tenant shall not keep or have on the premises any article or thing of a dangerous, flammable, or explosive character that might substantially increase the danger of fire on the premises, or that might be considered hazardous materials.

**Furnishings**
The landlord agrees to supply fixtures and household furnishings

**Use of Property**
The landlord and tenant state the rental of this property is for a vacation, recreational, or corporate purpose.

Sign: _____     Date: _1/2 (/09_____

Pg2

**Check in is 3 p.m. Check out is 10:30 am**
In the event that the tenant does not vacate by 10:30 a.m. upon completion of his/her tenancy, additional charges may apply, $50.00/ per hour.

**Property Rules:**

Our properties are located within communities that maintain a secluded, tranquil environment for their residents. Anyone who wishes to disturb that environment by throwing loud parties should consider a more appropriate venue for such activities. Tenants shall not place or permit to be placed any signs or other attachments on the home's rental property, building or common areas.

**Parking:**

Tenants must park vehicles in the designated parking spaces, driveways, or garages, where applicable.

**Damage Assessment**

By entering into this lease agreement, you hereby authorize Timeless Travelers to assess charges to your credit card for theft, excessive cleaning, or damages beyond normal wear or tear. In the event that theft or damage occurs or excessive cleaning is required, an accounting and invoice will be sent within 10 days.

I Promise to pay such total together with any other charges due to this transaction subject to and in accordance with the agreement governing the use of this card. I, N/A, authorize Timeless Travelers to charge my credit card the above stated amounts and all applicable amounts. I also certify that all ordered services are non-cancelable and full payment will be collected upon.

All forms must be faxed into our office within (1) one day to hold your reservation.

This Agreement supersedes all previous agreements.

*As per our telephone conversation on 1/26/09, rent shall be calculated at $2500.⁰⁰ per calendar month, regardless of the number of days in the month.*

Print Name:  *Peter A. D'Ambra*

Signature:  *Peter A. D'Ambra*      Date:  *1/26/09*

Pg3

# Credit Card Authorization Form

**Timeless Travelers**
2595 Chandler Ave. #1
Las Vegas NV 89120
Phone: 702-361-7474
Phone: 702-478-5651
Fax:   702-548-8077

---

**Name: Peter  D'Ambra**                                    **Date:01-24-09**
**Billing Address: 96 waterman Ave.**
**City: johnston        State:  R. I.     Zip Code: 02919**
**Phone Number: 401-232-2123  c. 401-339-7359**
**Email: mrpete1257@yahoo.com**                             **Fax:**

**Credit Card Number:**              **CVV:**
**Expiration Date:**          ☐MasterCard  ☐Visa  ☐Amex  ☐Discover
**Billing Zip Code:**

**Date of Arrival: 03-01-09**      **Date of Departure: 04-30-09   total 61 nights**
**Home Rented:2637**
**Total Rent: $5083.33**
**Pool & Spa Heating: $n/a**
**Spa Heating: $n/a**
**Cleaning Fee: $150.00**
**Processing Fee: $0.00**
**Room Fee: $0.00**
**Security Deposit: $0.00**
**Total Balance Due: $5233.33**
**Deposit Amount: $2616.67**
**Date Collected:on or before 02-03-09**
**Balance due: $2616.67**
**Date Due:on or before 03-20-09**
**Utilities Cap: $300.00   Initials: _____**

I Peter D'Ambra  authorize Timeless Travelers to charge my credit card for the amounts stated
above for the rental of a Vacation Home.  I also agree that the balance of $2616.67 is due on 03.20.09.
Your credit card will only be charged if utilities excede $300.00 per 30 days or if any days excede
move out date April 30, 2009.Inital rents are not paid by credit card.

Please include a copy of your Photo ID.

All deposits are non-refundable if cancelled within 30 days of arrival date. Any cancellations 31 days
or more before arrival date, landlord will retain 100% of deposit, to be credited towards any future
reservations.

All charges will appear as Timeless Travelers on your credit card statement.

All forms must be faxed into our office within (2) two days to hold your reservation.

Signature: _____   Date: _____

Pa 23

August 17, 2009

To Whom It May Concern:

I, Peter D'Ambra, entered into an agreement with Timeless Travelers, LLP to rent the property located at 2637 Pershing Circle in Henderson, Nevada.  I provided Larry and Sharyl Lee with an exact copy of the signed lease.  The two checks, number 2002 and 2025 for a total of $5150, were sent to pay the rental agreement in full.  I was instructed by Rod Kershaw to send one check to Timeless Travelers and the second check to Mirage Services. All paperwork with my signature or that of my wife, Ann D'Ambra, has been reviewed by me and is genuine.

8/17/09            Peter A. O'Ambra

SUBSCRIBED AND SWORN TO BEFORE ME
This ⎿7⏌ day of August , 2009
By ERIC MARTINELLI
NOTARY PUBLIC - STATE OF NEVADA
My Appt. Exp. April 13, 2011

ERIC MARTINELLI
NOTARY PUBLIC
STATE OF NEVADA
CLARK COUNTY
APPT. No. 07-2470-1
MY APPT. EXP. APRIL 13, 2011

PETER A. D'AMBRA    5/96
ANN S. D'AMBRA
96 WATERMAN AVENUE
JOHNSTON, RI 02919

2025

57-168/115
110

Date 3/20/09

Pay to the
Order of _Mirage Services_    $ 2575 00

_Twenty-five hundred seventyfive_    Dollars

**BANKRI**
BANK RHODE ISLAND

For_____

Ann S. D. Ambra

⑈011501682⑈    101005437⑈ 2025    ⑈0000257500⑈

P025

Deposit Only

CREDITED TO THE ACCOUNT (
THE WITHIN NAMED PAYEE
BANK OF AMERICA, N.A.

PETER A. D'AMBRA    5/88
ANN S. D'AMBRA
96 WATERMAN AVENUE
JOHNSTON, RI 02919

2002

57-168/115
110

Date 1/27/09

Pay to the
Order of  Timeless Travelers                    $ 2,575.00

Twenty-five hundred, seventy-five $ 00/100    Dollars

BANK RI
BANK RHODE ISLAND

For

Ann S. D'Ambra

⑈011501682⑈    101005437⑈    2002

PG 24



Case 10-19000-mkn    Doc 21    Entered 07/12/10 09:16:12    Page 38 of 38



**Desktop View - Windows Internet Explorer**

Interact

ROD KERSHAW
9029 1286 | DDA | CONSUMER                    Bank of America

**Session**
One | Two | Three |

ROD KERSHAW

SEARCH     EDIT

**Accounts**
| -0634 | ATM | $0.00 |
| -1286 | DDA | $____ |
| -8521 | SAV | $____ |

**Options**
- Calendar Window
- ROD KERSHAW Profile
- Refresh Profile
- Maintenance
- Image Viewer
- Interact News
- Product Information
- Recent Items

Transactions | Scheduled Transfers | Interest | Stops/Holds | ODP/NSF | Statement

**Customer Information**
Title/Address:
ROD KERSHAW
DBA SANTA FE MIRAGE HOUSECLEANING
2165 E WINDMILL LN # 401
LAS VEGAS NV 89123-2074
UNITED STATES

TIN
Last Addr. Chang.:     8/21/2008
Mail Instructions:     DOMESTIC MAIL

**Balance Information**
| Curr. Bal. as of 06/01/10: | $(____) |
| Holds (-): | $0.00 |
| Memo CR (+): | $0.00 |
| ATM/Debit Holds (-): | $0.00 |
| ATM/Debit Memo CR (+): | $0.00 |
| Electronic Check Holds (-): | $0.00 |
| Available Balance: | $(____) |
| ODP Available: | $____ |
| MTD Average Balance: | $____ |
| CURR. MNTH. AVG.COLL. | |

**Account Information**
| Account Type: | REGULAR CHECKING |
| Account Number: | ____1286 |
| Status: | OPEN |
| Opened Date: | 3/12/1997 |
| State Opened: | NV |
| COST CENTER | 7611 |
| Associate ID: | |
| Closed Date: | |
| Closing Reason: | |
| Affinity ID: | |
| Affinity Name: | |
| Group Banking Type: | |
| Employer: | |
| Safe Send: | NO |

**Account Details**
| Deposit Holds Pending | NO |
| Excessive Activity | NO |
| Last Deposit Date: | 5/25/2010 |
| Last Deposit Amount: | $____ |
| Last Statement Date: | 5/26/2010 |
| Last Monetary Date: | 5/28/2010 |
| RELATIONSHIP INFO | |

**Keep The Change**
| Option Type: | Debit Card |
| Account: | ____8521 |
| Account Type: | REGULAR SAVING |
| State: | NV |
| KEEP THE CHANGE DETAILS | |

**Account Owners/Authorizations**
| SANTA FE MIRAGE H | OWNER | | ____8549 |
| ROD KERSHAW | OWNER | | ____9284 |