| | |
|---|---|
| Jordan B. Peel<br>Name<br>11678<br>Bar Code #<br>701 N. Green Valley, Pkwy., Ste. 110<br>Henderson, NV 89074<br>Address<br>702-933-0777<br>Phone Number | E-filed on  August 3, 2010 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  Rod Kershaw

Case #  10-15880
Chapter  7
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

### Amendment(s) to the following are transmitted herewith. Check all that apply.

- ( ) Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
- (X) Summary of Schedules
- ( ) Schedule A - Real Property
- ( ) Schedule B - Personal Property
- ( ) Schedule C - Property Claimed as Exempt
- (X) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    - (X) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
    - ( ) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

- ( ) Schedule G - Schedule of Executory Contracts & Unexpired Leases
- ( ) Schedule H - Codebtors
- ( ) Schedule I - Current Income of Individual Debtor(s)
- ( ) Schedule J - Current Expenditures of Individual Debtor(s)
- ( ) Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

/s/ Rod Kershaw
Rod Kershaw
**Debtor's Signature**
**Date:** August 3, 2010

(Revised 4/19/04)

# United States Bankruptcy Court
## District of Nevada

In re   **Rod Kershaw**                                                                Case No.   **10-15880**
                                          Debtor(s)                                    Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary of Schedules**
**Schedule F**
**Declaration Concerning Debtor's Schedules**
**Creditor Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Electronic Service or U.S. Mail**

Date: **August 3, 2010**                    /s/ Jordan B. Peel
                                             **Jordan B. Peel 11678**
                                             Attorney for Debtor(s)
                                             **Woodbury, Morris & Brown**
                                             **701 N. Green Valley, Pkwy., Ste. 110**
                                             **Henderson, NV 89074**
                                             **702-933-0777 Fax:702-933-0778**
                                             **dbrown@wmb-law.net**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Rod Kershaw**, Debtor

Case No. __10-15880__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 35,179.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,229.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 15,756.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,730.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,941.05 |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| | | Total Assets | 35,179.04 | | |
| | | | Total Liabilities | 27,985.87 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Rod Kershaw**, Debtor

Case No. **10-15880**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | ---: |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | ---: |
| Average Income (from Schedule I, Line 16) | 1,730.00 |
| Average Expenses (from Schedule J, Line 18) | 1,941.05 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,816.00 |

**State the following:**

| | | |
| --- | ---: | ---: |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 15,756.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 15,756.00 |

Case 10-15880-mkn    Doc 28    Entered 08/03/10 11:27:50    Page 5 of 6

8/03/10 11:18AM

B6F (Official Form 6F) (12/07)

In re **Rod Kershaw**, Case No. **10-15880**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Coast to Coast Financing**<br>**101 Hodencamp Rd.**<br>**Thousand Oaks, CA 91360** | | - | | | | | **Unknown** |
| Account No. **xxx2107**<br>**Lightyear Wireless**<br>**1901 Eastpoint Parkway**<br>**Louisville, KY 40223** | | - | | | | | **Unknown** |
| Account No.<br>**Republic Services**<br>**770 East Sahara**<br>**Las Vegas, NV 89104** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       S/N:42563-100407   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

8/03/10 11:18AM

# United States Bankruptcy Court
## District of Nevada

In re  **Rod Kershaw**                                                             Case No.  **10-15880**

Debtor(s)                                                                           Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **15**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 3, 2010**                                    Signature  **/s/ Rod Kershaw**
                                                                                **Rod Kershaw**
                                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.